IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COPE, Inc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> KANSAS STATE BOARD OF EDUCATION, et al., <br><br> Defendants. | Civil Action NO. 13-4119-KHV-V-JPO |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Kevin T. Snider be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the affidavit is true and accurate.

/s/ Douglas J. Patterson
Douglas J. Patterson, Esq. (KS Bar No. 17296)
Property Law Firm, LLC
4630 W. 137th St., Suite 100
Leawood, Kansas 66224
Phone: 913-663-1300
Doug@propertylawfirm.com