### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

Citizens for Objective )
Public Education, Inc., **et. al,** )
          )
               **Plaintiff(s),** ) CIVIL ACTION
v. ) CASE NO.    13-4119-KHV-JPO
          )
Kansas State Board of Education, **et. al.,** )
          )
             **Defendant(s).** )

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that John H. Calvert, Esq. be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, along with a proposed order granting this motion.  I have also verified that the information contained in the affidavit is true and accurate.

Respectfully submitted,

/s/ *Douglas J. Patterson*
Douglas J. Patterson, Esq. (KS # 17296)
Kellie K. Warren, Esq. (KS #16733)
Michelle W. Burns, Esq. (KS #21167)
Property Law Firm, LLC
4630 W. 137th St., Suite 100
Leawood, Kansas 66224
Phone: 913-663-1300
doug@propertylawfirm.com
kellie@propertylawfirm.com
michelle@propertylawfirm.com