# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Citizens for Objective** ) | |
| **Public Education, Inc., et. al.,** ) | |
| ) | |
| Plaintiff(s), ) | CIVIL ACTION |
| v. ) | CASE NO.  13-4119-KHV-JPO |
| ) | |
| **Kansas State Board of Education, et. al.,** ) | |
| ) | |
| Defendant(s). ) | |

## PLAINTIFFS' D. KAN. RULE 15.1(a) MOTION FOR LEAVE TO FILE PLAINTIFFS' RESPONSIVE BRIEF AND MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MEMORANDUM IN SUPPORT THEREOF

COME NOW, all Plaintiffs, and by and through counsel, and pursuant to D. Kan. Rule 15.1(a), move this Court for an Order granting Plaintiffs leave to file their Responsive Brief and Memorandum in Opposition to Defendants' Motion to Dismiss and Memorandum in Support Thereof, which is noncompliant with D. Kan. Rule 7.1(e) in that the same contains in excess of 30 pages of arguments and authorities.

Pursuant to D. Kan. Rules 15.1(a) and 7.1(a), Plaintiffs simultaneously file a Brief and Memorandum in Support of this Motion.

Respectfully submitted,

s/ *Douglas J. Patterson*
Douglas J. Patterson, Esq. (KS # 17296)
Kellie K. Warren, Esq. (KS #16733)
Michelle W. Burns, Esq. (KS #21167)
Property Law Firm, LLC
4630 W. 137th St., Suite 100
Leawood, Kansas 66224
Phone: 913-663-1300
doug@propertylawfirm.com
kellie@propertylawfirm.com
michelle@propertylawfirm.com

1

        s/ *John H. Calvert*
John H. Calvert, Esq. (MO #20238)
Calvert Law Offices
2300 Main St., Suite 900
Kansas City, MO 64108
Phone: 816-797-2869
816-448-3703
816-448-3101 Facsimile
jcalvert@att.net

        s/ *Kevin T. Snider*
Kevin T. Snider, Esq. (CALIF#170988)
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, California 95827-6600
(916) 857-6900 Telephone
(916) 857-6902 Facsimile
ksnider@pji.org

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of January, 2014, the above and foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system with notice electronically sent to:

Jeffrey A. Chanay    jeff.chanay@ksag.org
Cheryl L. Whelan    cwhelan@ksde.org
Stephen O. Phillips    steve.phillips@ksag.org

*ATTORNEYS FOR DEFENDANTS*

        s/ *Douglas J. Patterson*
Douglas J. Patterson

Y:\cfiles\COPE\Pleadings\Rule15.1aMotionforLeave.012714.docx