## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Citizens for Objective | ) |
| Public Education, Inc., et. al., | ) |
| | ) |
| Plaintiff(s), | ) CIVIL ACTION |
| v. | ) CASE NO.   13-4119-KHV-JPO |
| | ) |
| Kansas State Board of Education, et. al., | ) |
| | ) |
| Defendant(s). | ) |

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' D. KAN. RULE 15.1(a) MOTION FOR LEAVE TO FILE PLAINTIFFS' RESPONSIVE BRIEF AND MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND MEMORANDUM IN SUPPORT THEREOF

COME NOW, all Plaintiffs, by and through their undersigned counsel, and pursuant to D. Kan. Rule 15.1(a), suggest to the Court as follows:

1.      **Concise Statement of the Leave sought:**

Plaintiffs' move the Court for an order allowing Plaintiffs' leave for the filing of their brief and memorandum in opposition to Defendants Memorandum in Support of their Motion to Dismiss the Complaint in a form that itself exceeds the 30 page limitation for Arguments and Authorities specified by Rule 7.1.

Plaintiff's proposed brief and memorandum for which leave is hereby sought is 44 pages in length, not counting the forepart, signatures and a four page Appendix. Plaintiff's arguments and authorities are the same length as the actual 44 pages of arguments and authorities of Defendant's Memorandum In Support Thereof. The length of Plaintiffs' brief is due to the length of Defendant's Memorandum and its varied and many assertions, the very complex nature of this case, both factually and legally, and the importance of the

matters at issue.

For the foregoing reasons, Plaintiff's urge the Court for leave to file the attached Plaintiffs' Responsive Brief and Memorandum in Opposition Defendants' Motion to Dismiss and Memorandum in Support Thereof in excess of the Rule 7.1 limitation in a length essentially equivalent to the length of the  Defendants' brief that Plaintiffs seek to responds to.

2.      **Attach  the proposed pleading:**

The proposed Plaintiffs' Responsive Brief and Memorandum in Opposition to Defendants' Motion to Dismiss and Memorandum in Support Thereof is attached hereto and incorporated by this reference as **Exhibit "A"**.

3.      **Compliance with Other Rules of D. Kan. Rule 7.1:**

Plaintiffs submit that their proposed Plaintiffs' Responsive Brief and Memorandum in Opposition to Defendants' Motion to Dismiss and Memorandum in Support Thereof is otherwise compliant with D. Kan. Rule 7.1 with the exception of D. Kan. Rule 7.1(e) – the page length limitation.

Accordingly, Plaintiffs request leave of Court to file their attached Exhibit "A", Plaintiffs' Responsive Brief and Memorandum in Opposition to Defendants' Motion to Dismiss and Memorandum in Support Thereof.

Respectfully submitted,

s/ *Douglas J. Patterson*
Douglas J. Patterson, Esq. (KS # 17296)
Kellie K. Warren, Esq. (KS #16733)
Michelle W. Burns, Esq. (KS #21167)
Property Law Firm, LLC
4630 W. 137th St., Suite 100

Leawood, Kansas 66224
Phone: 913-663-1300
doug@propertylawfirm.com
kellie@propertylawfirm.com
michelle@propertylawfirm.com


s/ *John H. Calvert*
John H. Calvert, Esq. (MO #20238)
Calvert Law Offices
2300 Main St., Suite 900
Kansas City, MO 64108
Phone: 816-797-2869
816-448-3703
816-448-3101 Facsimile
jcalvert@att.net


s/ *Kevin T. Snider*
Kevin T. Snider, Esq. (CALIF#170988)
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, California 95827-6600
(916) 857-6900 Telephone
(916) 857-6902 Facsimile
ksnider@pji.org

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of January, 2014, the above and foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system with notice electronically sent to:

| | |
|---|---|
| Jeffrey A. Chanay | jeff.chanay@ksag.org |
| Cheryl L. Whelan | cwhelan@ksde.org |
| Stephen O. Phillips | steve.phillips@ksag.org |

*ATTORNEYS FOR DEFENDANTS*


s/ *Douglas J. Patterson*
Douglas J. Patterson

Y:\cfiles\COPE\Pleadings\MemoNSupp.Rule15.1aMotionforLeave.012714.docx