IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COPE (a.k.a. CITIZENS FOR OBJECTIVE, PUBLIC EDUCATION, INC.), *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>**KANSAS STATE BOARD OF EDUCATION**, *et al.*<br><br>Defendants. | Case. No. 13-CV-4119-KHV-JPO |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' RULE 15.1(a) MOTION

Defendants the Kansas State Board of Education and its members, Janet Waugh, Steve Roberts, John Bacon, Carolyn Wims-Campbell, Sally Cauble, Deena Horst, Kenneth Willard, Kathy Busch, Jana Shaver, and Jim McNiece, and the Kansas State Department of Education and its Commissioner, Diane DeBacker submit this Response to Plaintiffs' Rule 15.1(a) motion (Docs. 36, 37).

Defendants take no position on the merits of Defendants' request to exceed the 30-page limit on briefs and memoranda that D. Kan. Rule 7.1(e) imposes. Rather Defendants offer this response to correct Plaintiffs' mischaracterization of *Defendants' Memorandum In Support Of Their Motion To Dismiss* (Doc. 30). Plaintiffs state: "Plaintiff's [*sic*] arguments and authorities are the same length as the actual 44 pages of arguments and authorities of Defendants' Memorandum In Support Thereof." (Doc. 37, p 1.) The "Arguments And Authorities" of Defendants' Memorandum in Support of Their Motion to Dismiss (Doc. 30) begins on page 15 and ends on page 43 for a total of 28 pages. Plaintiffs proposed Response is 44 pages of

argument, plus four single spaced pages of Appendix that can only be described as further argument.

                Respectfully submitted,

**OFFICE OF THE ATTORNEY GENERAL**
**DEREK SCHMIDT**

s/Jeffrey A. Chanay_____
Jeffrey A. Chanay, KS Sup. Ct. No. 12056
Deputy Attorney General, Civil Litigation Division
Stephen O. Phillips, KS Sup. Ct. No. 14130
Assistant Attorney General
Memorial Bldg., 2nd Floor
120 SW 10th, 2nd Floor
Topeka, Kansas 66612
Phone: 785-296-2215
Fax: 785-291-3767
E-mail: jeff.chanay@ksag.org
steve.phillips@ksag.org

Cheryl L. Whelan, KS Sup. Ct. No. 14612
General Counsel
Kansas State Department of Education
Office of General Counsel
Landon State Office Building
900 SW Jackson St., Suite 102
Topeka, KS 66612
E-mail: cwhelan@ksde.org

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on this 10th day of February, 2014, the above and foregoing **Defendant's Response to Plaintiffs' Rule 15.1(a) Motion** was electronically filed with the Clerk of the Court by using the CM/ECF system with notice electronically sent to:

Douglas J. Patterson doug@propertylawfirm.com
Kellie K. Warren kellie@propertlylawfirm.com
Michelle W. Burns michelle@propertylawfirm.com
John H. Calvert jcalvert@att.net
Kevin T. Snider ksnider@pji.org

*Attorneys for Plaintiffs*

                                              s/Jeffrey A. Chanay
                                              Jeffrey A. Chanay