IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COPE (a.k.a. CITIZENS FOR OBJECTIVE, PUBLIC EDUCATION, INC.), *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> KANSAS STATE BOARD OF EDUCATION, *et al.*, <br><br>  Defendants. | ) ) ) ) ) ) Case. No. 13-CV-4119-KHV- JPO ) ) ) ) ) |

### PLAINTIFFS' D. KAN. RULE 15.1(a) MOTION FOR LEAVE TO FILE PLAINTIFFS' SURREPLY TO DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

COME NOW, all Plaintiffs, and by and through counsel, and pursuant to D. Kan. Rule 15.1(a), move this Court for an Order granting Plaintiffs leave to file their Surreply to Defendants' Reply in Support of their Motion to Dismiss.

Pursuant to D. Kan. Rules 15.1(a) and 7.1(a), Plaintiffs simultaneously file a Brief and Memorandum in Support of this Motion.

Respectfully submitted.

s/ *Douglas J. Patterson*
Douglas J. Patterson, Esq. (KS # 17296)
Kellie K. Warren, Esq. (KS #16733)
Michelle W. Burns, Esq. (KS #21167)
PROPERTY LAW FIRM, LLC
4630 W. 137th St., Suite 100
Leawood, Kansas 66224
913-663-1300 Telephone
doug@propertylawfirm.com
kellie@propertylawfirm.com
michelle@propertylawfirm.com

        s/ *John H. Calvert*
        John H. Calvert, Esq. (MO #20238)
        CALVERT LAW OFFICES
        2300 Main St., Suite 900
        Kansas City, MO 64108
        816-797-2869 Telephone
        816-448-3703
        816-448-3101 Facsimile
        jcalvert@att.net

        s/ *Kevin T. Snider*
        Kevin T. Snider, Esq. (CALIF#170988)
        PACIFIC JUSTICE INSTITUTE
        P.O. Box 276600
        Sacramento, California 95827-6600
        (916) 857-6900 Telephone
        (916) 857-6902 Facsimile
        ksnider@pji.org

        *ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

This is to certify that on this 6th day of May, 2014, the above and foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system with notice electronically sent to:

Jeffrey A. Chanay    jeff.chanay@ksag.org
Cheryl L. Whelan    cwhelan@ksde.org
Stephen O. Phillips    steve.phillips@ksag.org

*ATTORNEYS FOR DEFENDANTS*

        s/ *Douglas J. Patterson*
        Douglas J. Patterson